IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01076-EWN-OES

TINA SIMPSON,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, and
JEFF MCKAY, whose true name is unknown,

    Defendants.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulated Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

BY THE COURT:

September 28, 2005        s/Edward W. Nottingham
DATE        UNITED STATES DISTRICT JUDGE